```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 15805
   JOHN M ANDERSON
   KAREN A ANDERSON                            CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-0317    SSN XXX-XX-2150

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/19/08 .

   2.  The case was converted to Chapter 7 without confirmation, 12/19/2008.

   3.  The Debtor paid a total of $   2040.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAURIE BRUGGERMAN | CHILD SUPPORT | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | 1200.00 |
| MADRONA VILLAGE HO ASSN | SECURED | .00 | .00 | 400.00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CASH N GO | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS CO OP CR UN | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
NORTHWEST COLLECTION         UNSECURED       NOT FILED              .00          .00
OSI COLLECTION SERVICES      UNSECURED       NOT FILED              .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       NOT FILED              .00          .00
PROFESSIONAL ADJUSTMENT      UNSECURED       NOT FILED              .00          .00
RJM ACQUISITIONS LLC         UNSECURED       NOT FILED              .00          .00
UNITED CREDIT SERVICE        UNSECURED       NOT FILED              .00          .00
AR CONCEPTS                  UNSECURED       NOT FILED              .00          .00
CENTEGRA HEALTH SYSTEM       UNSECURED       NOT FILED              .00          .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       NOT FILED              .00          .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00          .00          .00          .00
PRINCIPAL PAID         1600.00           .00          .00          .00      1600.00
INTEREST PAID              .00           .00          .00          .00          .00
TOTAL PAID             1600.00           .00          .00          .00      1600.00
```

The Debtor's attorney, FRASER & YOURA LLC          , was allowed $      .00
and was paid $       .00 .

The Trustee received $     89.54 .

Refunds to the Debtor totaled $    350.46 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 15805 JOHN M ANDERSON & KAREN A ANDERSON